538

Elmer J. Humbert, Administrator of Estate of John Elmer Humbert, Deceased, Appellee, v. Frank O. Lowden et al., Trustees, Appellants.

Gen. No. 9,810.

opinion filed February 12, 1943; rehearing denied March 17, 1943. Milton V. Thompson, Eaton Adams, Henry Waterman and Carl A. Melin, for appellants; Joseph L. Shaw and Ogden H. Chamberlain, for appellee. Opinion by JUSTICE DOVE. **Not to be published in full.**

Nicola Pastore, Administrator of Estate of Nicholas Pastore, Deceased, Appellant, v. Charles Sasso, Appellee.

Gen. No. 9,820.

opinion filed February 12, 1943. Palmer Di Giulio and Daniel A. Covelli, for appellant; Barr & Barr, for appellee. Opinion by JUSTICE DOVE. **Not to be published in full.**